UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-4952-MWF(SKx)** Date: August 05, 2026

Title ***Joseph Bradley, Jr. v. Nationstar Mortgage LLC, et al.***

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on April 7, 2026. (*See* Notice of Removal (Docket No. 1)). As of this date, proof of service of process on all Defendants has not been filed.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **AUGUST 26, 2026**.

- By Plaintiff: Proofs of Service of the Summons and Complaint on Defendants who have not appeared in this action -- America West Lender Services LLC, Syed M. Zaidi, and The Zaidi-Lopez Family Trust.

AND/OR

- By Defendants America West Lender Services LLC, Syed M. Zaidi, and The Zaidi-Lopez Family Trust: Responses to the Complaint.

Defendants Nationstar Mortgage LLC and U.S. Bank National Association have been dismissed pursuant to Stipulation (Docket No. 20) and Order (Docket No. 21). Therefore, alternatively, Plaintiff may file a voluntary dismissal of Defendants America West Lender Services LLC, Syed M. Zaidi, and The Zaidi-Lopez Family Trust. Such a voluntary dismissal will close this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-4952-MWF(SKx)** Date: August 05, 2026

Title ***Joseph Bradley, Jr. v. Nationstar Mortgage LLC, et al.***

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **AUGUST 26, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.